IN THE UNITED STATES BANKRUPTCY COURT FOR
DISTRICT OF ARIZONA
PRESCOTT DIVISION

In re

AMANDA MARIE GEFFE

Debtors.

In Chapter 7 Proceeding
Case No. 23-01914

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 3/29/2023 Docket Number 4.

Dated: This 6th day of July, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

# Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

KATHRYN GRACE MAHADY
Attorney

LAWRENCE J WARFIELD
Chapter 7 Trustee

Dated: This 6th day of July, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257